UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORNELIUS COPELAND,

    Petitioner,

v.                                                   Case No. 04-73865

PAUL RENICO,                          Honorable Patrick J. Duggan

    Respondent.
_____/

**OPINION AND ORDER**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on August 9, 2006.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                     U.S. DISTRICT COURT JUDGE

Following a jury trial in the Circuit Court for the County of Oakland, State of Michigan, Petitioner was convicted of first-degree premeditated murder, first-degree felony murder, and two counts of possession of a firearm during the commission of a felony. On October 4, 2004, Petitioner filed a petition for habeas corpus relief, pursuant to 28 U.S.C. § 2254. Petitioner challenges his conviction based on the admission of his statement to the police and the absence of his counsel during portions of the trial. On April 6, 2005, Respondent filed an Answer to the petition. This Court referred the matter to Magistrate Judge Paul Komives on May 3, 2005, pursuant to 28 U.S.C. § 636.

1

On May 30, 2006, Magistrate Judge Komives issued a Report and Recommendation (R&R) recommending that this Court deny Petitioner's request for habeas corpus relief.  At the conclusion of the R&R, Magistrate Judge Komives advises the parties that they may object and seek review of the R&R within ten days of service upon them.[1]  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Komives.

Accordingly,

**IT IS ORDERED**, that Petitioner's Petition for Writ of Habeas Corpus is **DENIED**.

                              s/PATRICK J. DUGGAN
                              UNITED STATES DISTRICT JUDGE

Copies to:
Cornelius Copeland, #313560
Richard A. Handlon Correctional Facility
1728 Bluewater Highway
Ionia, MI   48846

Janet A. Van Cleve, Esq.

Magistrate Judge Paul Komives

---

[1] The copy of Magistrate Judge Komives' R&R initially sent to Petitioner at the St. Louis Correctional Facility in St. Louis, Michigan, was returned to the Court and marked undeliverable.  Apparently while his petition was pending, Petitioner had been transferred to the Richard A. Handlon Correctional Facility in Ionia, Michigan.  The Court therefore sent another copy of the R&R to Petitioner at Handlon on June 1, 2006.